

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-16-2006

# USA v. Pray

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-4372

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Pray" (2006). *2006 Decisions*. Paper 581.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/581

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-4372
_____

UNITED STATES OF AMERICA

vs.

WAYNE PRAY,
                                        Appellant


**ORDER AMENDING OPINION AND JUDGMENT**

The Opinion and Judgment issued by this Court on July 10, 2006 incorrectly identified the District Court Judge in the caption.  Accordingly, the Clerk will enter an amended opinion and judgment identifying the Honorable John W. Bissell as the judge below.  As this amendment is clerical in nature and does not alter the disposition of the appeal or substantive rights of the parties, the filing date of the amended opinion and judgment will remain July 10, 2006.


                                        For the Court,


                                         /s/ Marcia M. Waldron
                                        Clerk


Date:  August 16, 2006